1  FAGEN FRIEDMAN & FULFROST, LLP
   David R. Mishook, SBN 273555
2  dmishook@f3law.com
   Lenore Silverman, SBN 146112
3  lsilverman@f3law.com
   70 Washington Street, Suite 205
4  Oakland, California 94607
   Phone: 510-550-8200
5  Fax: 510-550-8211

6  Attorneys for ROSS VALLEY SCHOOL
   DISTRICT
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| MICHAEL KANE and FEDELM KANE, | CASE NO. 15-cv-01442-SC |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| vs. | *Filed concurrently with:*<br>(1) Administrative Motion to Continue CMC |
| ROSS VALLEY SCHOOL DISTRICT, | (2) Declaration of David R. Mishook |
| Defendant. | The Hon. Samuel Conti |
|  | Trial Date:           None Set |

Having reviewed Ross Valley School District's administrative motion to continue the initial case management conference, and good cause appearing,

IT IS ORDERED that the initial case management conference be continued to September 11 at 10:00 a.m./~~p.m.~~ in Courtroom 1, 17th Floor, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

DATED:  June 18, 2015

_____
Hon. Samuel Conti

00407-00125/783027.1

15-cv-01442-SC

[PROPOSED] ORDER