Jean Murrell Adams, Esq., SBN: 138458
Brett Smith Allen, Esq., SBN: 165097
ADAMS ESQ, a Professional Corporation
1300 Clay Street, Suite 600
Oakland, CA 94612
Ph:   (510) 832-6000
Fax: (510) 832-3099
jmurrelladams@adamsesq.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Kane and Fedelm Kane,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROSS VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 15-cv-01442-SC<br><br>**JOINT STIPULATION TO VACATE HEARING DATES RE MOTION FOR FEES AND [P~~ROPOSED~~] ORDER** |

**TO THE HONORABLE SAMUEL CONTI UNITED STATES DISTRICT JUDGE:**

　　The parties have reached a settlement agreement ("Agreement") as to all material and essential terms at the settlement conference held today before Magistrate Judge Donna M. Ryu. The Agreement is subject only to approval by the school board which the parties anticipate will occur on or about November 10, 2015.  Thereafter, the matter will be dismissed with prejudice. In order to avoid unnecessary time and expense, the parties hereby request that the upcoming hearing date on Plaintiff's Motion for Attorney's Fees currently scheduled for **December 4, 2015** at 10:00 a.m., be vacated at this time.

DATED:  October 27, 2015              ADAMS ESQ


                                      By:   /s/ Jean Murrell Adams
                                            Jean Murrell Adams
                                            Attorney for Plaintiffs'
                                            Michael Kane and Fedelm Kane

DATED: October 27, 2015               Fagen, Friedman & Fulfrost LLP


                                      By:   /s/ David Mishook
                                            David Mishook
                                            Attorneys for Defendant
                                            Ross Valley School District


    I, Jean Murrell Adams, am the ECF User whose ID and password are being used to file this STIPULATION TO VACATE HEARING DATE.  In compliance with General Order 45, X.B., I hereby attest that attorney David Mishook has concurred in this filing.

DATED:  October 27, 2015              ADAMS ESQ


                                      By:   /s/ Jean Murrell Adams
                                            Jean Murrell Adams
                                            Attorney for Plaintiffs'
                                            Michael Kane and Fedelm Kane

1
2
3    IT IS SO ORDERED, that the upcoming hearing dates shall be vacated.
4
5
6    DATED: October __29__, 2015



7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28