UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KANE, et al., <br> Plaintiffs, <br> v. <br> ROSS VALLEY SCHOOL DISTRICT, <br> Defendant. | Case No. 15-cv-01442-JSW <br><br> **ORDER REQUIRING JOINT STATUS REPORT** |

This matter recently was reassigned to the undersigned Judge. According to the docket, the matter has settled. The Court ORDERS the parties to submit a joint status report by December 18, 2015, setting forth the status of the settlement, and whether the parties will require a hearing on the motion for attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 13, 2015

JEFFREY S. WHITE
United States District Judge