Jean Murrell Adams, Esq., SBN: 138458
Brett Smith Allen, Esq., SBN: 165097
ADAMS ESQ, a Professional Corporation
1300 Clay Street, Suite 600
Oakland, CA 94612
Ph:   (510) 832-6000
Fax:  (510) 832-3099
jmurrelladams@adamsesq.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Michael Kane and Fedelm Kane, | Case No. 15-cv-01442-JSW |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF DISMISSAL AND REQUEST TO VACATE UPCOMING HEARING DATES; [PROPOSED] ORDER** |
| ROSS VALLEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

**TO THE HONORABLE JEFFREY S. WHITE UNITED STATES DISTRICT JUDGE:**

The parties reached a settlement agreement (Agreement) in the above-captioned matter at the settlement conference convened on October 27, 2015 before Magistrate Judge Donna M. Ryu. The Agreement was duly approved by the ROSS VALLEY UNIFIED SCHOOL Board on or about November 10, 2015.  Pursuant to the Agreement, Plaintiffs hereby request that this case be dismissed and that all upcoming hearing dates be vacated.

DATED: November 16, 2015          ADAMS ESQ

                                  By:  /s/ Jean Murrell Adams
                                  _____
                                     Jean Murrell Adams
                                     Attorney for Plaintiffs
                                     Michael Kane and Fedelm Kane


I, Jean Murrell Adams, am the ECF User whose ID and password are being used to file this NOTICE OF DISMISSAL.  In compliance with General Order 45, X.B., I hereby attest that attorney David Mishook has concurred in this filing.


DATED:  November 16, 2015         ADAMS ESQ


                                  By:  /s/ Jean Murrell Adams
                                       Jean Murrell Adams
                                       Attorney for Plaintiffs
                                       Michael Kane and Fedelm Kane

IT IS SO ORDERED, that this case is dismissed in its entirety and all upcoming hearing dates shall be vacated.

November 24, 2015
DATED: ~~December _____, 2015~~

_____
Hon. Jeffrey S. White